FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 20 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| DAVID LEWIS, | No. CV 08-7265-VAP (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| JAMES A. YATES, Warden, | |
| Respondent. | |

Pursuant to the Opinion and Order on a petition for writ of habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action ARE SUMMARILY DISMISSED for lack of subject matter jurisdiction.

DATED: November 18, 2008

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE